June 11, 2005

Nancy Mayer-Whittington
Clerk of Court
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Civil Action # 051070 -ESH
John W. Parker, Melvin Manypenny, and Todd Bellanger v.
Gale A. Norton, et. al.

Dear Ms. Mayer-Whittington:

I am a *pro se* party in the above-entitled case for which leave to file without prepayment of costs was granted by Judge Lamberth on 5-27-05. I am respectfully requesting whether appointed counsel from the Civil Pro Bono Panel might assist me with this matter. The nature of this case is of great importance to individual tribal members of the Minnesota Chippewa Tribe.

I am totally convinced of the potential merits of our claims and could provide counsel with documentation and explanation of our claims, as I am very familiar with the history of the tribal constitutional issues leading to our request for a Writ of Mandamus, having been active in this regard for many years.

However, I am unlettered in the law and my education only went through the 8th grade. I have only a small disability check to live on each month and am unable to retain counsel by other means. Although I know precisely what we are requesting in the action; procedural aspects of what is to follow are a complexity to myself and my co-plaintiffs. Experienced federal court practitioners in the District of Columbia, from the Civil Pro Bono Panel, if appointed, would greatly serve the interests of justice in this case and there is no doubt the Court would derive benefit from us having the assistance of counsel.

Thank you very much for your consideration of this matter. If counsel is appointed we will promptly contact and work cooperatively with them towards a resolution of the case.

Yours very truly,
John William Parker

39744 400th Ave.
Waubun, MN 56589
(218) 734-2497

*[Handwritten annotation: "Let this be filed" / ESH 7/7/05]*