June 11, 2005

Nancy Mayer-Whittington
Clerk of Court
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Civil Action # 051070 ESH
John W. Parker, Melvin Manypenny, and Todd Bellanger v.
Gale A. Norton, et. al.

Dear Ms. Mayer-Whittington:

I am a *pro se* party in the above-entitled case for which leave to file without prepayment of costs was granted by Judge Lamberth on 5-27-05. I am respectfully requesting whether appointed counsel from the Civil Pro Bono Panel might assist me with this matter; as *in forma pauperis* status was granted based upon our applications.
The nature of this case is of great importance to individual tribal members of the Minnesota Chippewa Tribe. We are greatly appreciative of our matter being filed.

The potential merits of our action are shown by the initial pleading and we would provide counsel with documentation and evidence of our claims, as I am very familiar with the history of the tribal constitutional issues leading to our request for a Writ of Mandamus. Myself and my co-plaintiffs would find our own resources to go to Washington, D.C. and explain our case to our counsel for their advice and representation in regard to the proceedings.

I was in the military when I was younger and have no formal legal education, and the procedural aspects of what is to follow are a complexity to myself and my co-plaintiffs. Experienced federal court practitioners in the District of Columbia, from the Civil Pro Bono Panel, if appointed, would greatly serve the interests of justice in this case and there is no doubt the Court would derive benefit from us having the assistance of counsel.

Thank you very much for your consideration of this matter. If counsel is appointed we will promptly contact and work cooperatively with them on their presentation of our case.

Yours very truly,

Melvin Manypenny
White Earth, MN 56591
(218) 983-3160 (message)