IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER, ET AL.<br><br>Plaintiffs,<br>v.<br>GALE A. NORTON, ET AL.<br><br>Defendants. | No. 05-1070 ESH<br><br>Judge Ellen Segal Huvelle |

### NOTICE OF APPEARANCE

Please enter the appearance of Nicolette Romano as an attorney of record for the Federal Defendants in the above captioned matter. Any correspondence by U.S. Mail should be addressed as follows:

>Nicolette Romano
>Environment & Natural Resources Division
>Department of Justice
>P.O. Box 663
>Washington, D.C. 20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be addressed to:

>Nicolette Romano
>Environment and Natural Resources Division
>Department of Justice
>601 D Street, N.W.
>Room 3129
>Washington, D.C. 20004

Dated: July 28, 2005.

                                    Respectfully submitted,

                                    KELLY A. JOHNSON
                                    Acting Assistant Attorney General

By:   _/s/_____
       NICOLETTE ROMANO
       Natural Resources Section
       Environment & Natural Resources Division
       U.S. Department of Justice
       P.O. Box 663
       Washington, D.C. 20004
       Telephone: (202) 305-0245
       Fax:       (202) 305-0506

       Attorney for Defendants