## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN WILLIAM PARKER,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 05-1070 (ESH) |
| | ) |
| **GALE A. NORTON,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In this action for mandamus relief initiated *pro se* by residents of Minnesota, defendants filed an Answer to the complaint on August 12, 2005. Defendants assert as affirmative defenses that the Court lacks subject matter jurisdiction, plaintiffs lack standing, and the claims are barred by the statute of limitations. There is no indication that the parties have yet conferred pursuant to Local Civil Rule 16.3(b). Under the circumstances, an answer does little to advance the proceedings. Accordingly, it is

**ORDERED** that by **September 16, 2005**, the parties shall confer and file a Rule 16.3(d) written report, unless by that date defendants have filed a dispositive motion in lieu of the report.

                                                                   s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

DATE: August 15, 2005