UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER et al.<br>39744 400th Avenue<br>Waubun, MN 56589<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GALE NORTON, SECRETARY, et al.<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　Defendants. | Case No. 1:05CV0170<br>Judge: Ellen Segal Huvelle<br>Deck Type: Pro se General Civil<br>Date Stamp: 09/30/05 |

## DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, Defendants, Gale Norton, Secretary of the Interior, et al., move for an extension of time, from September 30, 2005, to and including, October 7, 2005, in which to file a Rule 16.3(d) written report or a dispositive motion in lieu thereof. In support of this motion, Defendants submit the following:

　　　　(1)　On Tuesday, September 26, 2005, the undersigned attorney received a call from Ms. Addie Hailstork of Judge Huvelle's chambers, informing counsel that Defendants failed to meet the court-imposed deadline of September 16, 2005, by which to file a Rule 16.3(d) written report or dispositive motion in lieu thereof;

　　　　(2)　As explained to Ms. Hailstork, the undersigned counsel, though registered with the electronic case filing system, did not receive a copy of the relevant court Order and was not aware of the impending deadline. A subsequent search of counsel's email files likewise did not reveal a copy of the electronic Order;

　　　　(3)　Counsel for Defendants attempted to contact each of the three *pro se* plaintiffs by telephone concerning the instant motion but was unable to reach any of them; and

　　　　(4)　The requested enlargement of time would not result in a significant delay of the proceedings.

　　　　WHEREFORE Defendants, for good cause shown, respectfully requests that this Court grant Defendants' Motion for an Enlargement of Time in which to file either a Rule 16.3(d) written report or a dispositive motion on or before October 7, 2005.

Dated: September 30, 2005

                                        Respectfully submitted,

                                        KELLY A. JOHNSON  
                                        Acting Assistant Attorney General

By:    s/ Nicolette Romano

                                        NICOLETTE ROMANO  
                                        Trial Attorney  
                                        General Litigation Section  
                                        Environment and Natural  
                                            Resources Division  
                                        U.S. Department of Justice  
                                        P.O. Box 663  
                                        Washington, D.C. 20044-0663  
                                        Telephone: (202) 305-0245  
                                        Fax: (202) 305-0506

OF COUNSEL:

Jane Smith  
Attorney Advisor  
U.S. Department of the Interior  
Office of the Solicitor  
1849 C Street, N.W.  
Mail Stop 6456  
Washington, D.C. 20240  
Telephone: (202) 208-5808  
Fax: (202) 219-1791                              Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER et al.<br>39744 400th Avenue<br>Waubun, MN 56589<br><br>    Plaintiff,<br><br>vs.<br><br>GALE NORTON, SECRETARY, et al.<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>    Defendants. | Case No. 1:05CV0170<br>Judge: Ellen Segal Huvelle<br>Deck Type: Pro se General Civil<br>Date Stamp: 09/30/05 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2005, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME** was served on the following Plaintiffs via first-class United States mail, postage pre-paid, at the following addresses:

    TODD A. BELLINGER
    224 Loop
    White Earth, MN 56589

    MELVIN MANYPENNY
    White Earth, MN 56589

    JOHN W. PARKER
    39744 400th Avenue
    Waubun, MN 56589


    s/ Nicolette Romano

    NICOLETTE ROMANO