UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER, et al.<br>39744 400th Avenue<br>Waubun, MN 56589<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GALE NORTON, SECRETARY, et al.<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:05CV0170<br>Judge: Ellen Segal Huvelle<br>Deck Type: Pro se General Civil<br>Date Stamp: 09/30/05 |

## **[PROPOSED] ORDER**

　　Before the Court is Defendants' Motion for an Enlargement of Time, in which Defendants request that this Court grant an enlargement of time in which to file either a Rule 16.3(d) written report or a dispositive motion on or before October 7, 2005. Upon consideration of Defendants' Motion, for good cause shown, it is hereby ORDERED that on or before October 7, 2005, the parties shall either confer and file a Rule 16.3(d) written report, or Defendants shall file a dispositive motion.

　　IT IS SO ORDERED.

DONE this ___ day of October, 2005.

_____

UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER, et al.<br>39744 400th Avenue<br>Waubun, MN 56589<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GALE NORTON, SECRETARY, et al.<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　Defendants. | Case No. 1:05CV0170<br>Judge: Ellen Segal Huvelle<br>Deck Type: Pro se General Civil<br>Date Stamp: 09/30/05 |

## **STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), Defendants hereby state that the following persons are entitled to receive notice of the foregoing Order:

NICOLETTE ROMANO
Trial Attorney
General Litigation Section
Environment and Natural
　Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0245
Fax: (202) 305-0506

JANE SMITH
Attorney Advisor
U.S. Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
Mail Stop 6456
Washington, D.C. 20240
Telephone: (202) 208-5808
Fax: (202) 219-1791

TODD A. BELLINGER
224 Loop
White Earth, MN 56589

MELVIN MANYPENNY
White Earth, MN 56589

JOHN W. PARKER
39744 400th Avenue
Waubun, MN 56589

Dated: September 30, 2005                     Respectfully submitted,


                                                KELLY A. JOHNSON

                                                Acting Assistant Attorney General


                                    By:    s/ Nicolette Romano

                                                NICOLETTE ROMANO
                                                Trial Attorney
                                                General Litigation Section
                                                Environment and Natural
                                                   Resources Division
                                                U.S. Department of Justice
                                                P.O. Box 663
                                                Washington, D.C. 20044-0663
                                                Telephone: (202) 305-0245
                                                Fax: (202) 305-0506


OF COUNSEL:

Jane Smith
Attorney Advisor
U.S. Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
Mail Stop 6456
Washington, D.C. 20240
Telephone: (202) 208-5808
Fax: (202) 219-1791                                  Attorneys for Defendants