UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER, *et al.*<br>39744 400th Avenue<br>Waubun, MN 56589<br><br>   Plaintiffs,<br><br>   vs.<br><br>GALE NORTON, Secretary, *et al.*<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>   Defendants. | Case No. 1:05CV0170<br>Judge: Ellen Segal Huvelle<br>Deck Type: Pro se General Civil<br>Date Stamp: 10/07/05 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion For Judgment on the Pleadings, and it appearing that good cause exists therefore,

IT IS HEREBY ORDERED that said Motion for Judgment on the Pleadings is granted dismissing this action in its entirety.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. PARKER, *et al.* <br> 39744 400th Avenue <br> Waubun, MN 56589 <br><br>     Plaintiffs, <br><br> vs. <br><br> GALE NORTON, Secretary, *et al.* <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br>     Defendants. | Case No. 1:05CV0170 <br> Judge: Ellen Segal Huvelle <br> Deck Type: Pro se General Civil <br> Date Stamp: 10/07/05 |

### STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER

Pursuant to Local Rule 7.1(k), Defendants hereby state that the following persons are entitled to receive notice of the foregoing Order:

NICOLETTE ROMANO
Trial Attorney
General Litigation Section
Environment and Natural
   Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0245
Fax: (202) 305-0506

JANE SMITH
Attorney Advisor
U.S. Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
Mail Stop 6456
Washington, D.C. 20240
Telephone: (202) 208-5808
Fax: (202) 219-1791

TODD A. BELLINGER
224 Loop
White Earth, MN 56589

MELVIN MANYPENNY
White Earth, MN 56589

JOHN W. PARKER
39744 400th Avenue
Waubun, MN 56589

Dated: October 7, 2005                                    Respectfully submitted,

                                              KELLY A. JOHNSON

                                              Acting Assistant Attorney General

By:   s/ Nicolette Romano

NICOLETTE ROMANO
Trial Attorney
General Litigation Section
Environment and Natural
   Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0245
Fax: (202) 305-0506


OF COUNSEL:

Jane Smith
Attorney Advisor
U.S. Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
Mail Stop 6456
Washington, D.C. 20240
Telephone: (202) 208-5808
Fax: (202) 219-1791                                       Attorneys for Defendants