UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN WILLIAM PARKER,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 05-1070 (ESH) |
| **GALE A. NORTON,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on defendants' motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). Plaintiffs, proceeding *pro se*, are advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiffs shall respond to defendants' motion for judgment on the pleadings no later than November 18, 2005. If plaintiffs do not respond within the time provided, the Court will treat the motion as conceded and may dismiss the case.

                                                    s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

Date:  October 12, 2005