UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John W. Parker, et al.
39744 400th Avenue
Waubun, MN 56589

        Plaintiffs,

vs.

Gale Norton, Secretary, et al.
U.S. Department of the Interior
1849 C. St. NW
Washington, D.C. 20240

        Defendants.

Case No. 1:05CV0170
Judge Ellen Segal Huvelle
Deck Type: Pro se General Civil
Date Stamp: 09/30/05

Plaintiff's List of Defendants
with Addresses

---

Plaintiff John W. Parker's List of Defendants With Addresses:

**Defendants:**

Unserved:   Terry Virden, Regional Director
                Bureau of Indian Affairs Midwest Regional Office
                Federal Drive Rm. 550
                Fort Snelling, MN 55111
                (Larry Morrin, named in original complaint, was formerly Acting Director)

Served:     Gale A. Norton
                Secretary of Interior of the United States
                1849 C. St. NW
                Washington, D.C. 20240

                W. Patrick Ragsdale
                Director of Bureau of Indian Affairs
                1849 C. St. NW
                Washington, D.C. 20240

                Alberto Gonzalez
                Attorney General of the United States
                U.S. Department of Justice
                950 Pennsylvania Avenue, NW
                (202) 353

Date: October 22, 2005

*John W Parker* (signature)
John W. Parker
Pro Se, In Forma Pauperis
39744 400th Avenue
Waubun, MN 56589

U.S. District Court
District of Columbia
Case No. 105CV0170
Judge: Ellen Segal Huvelle
Deck Type: Pro se General Civil
Date Stamp: 09-3-05

### Certificate of Service

I, John W. Parker, certify that I served the attached List of Defendants with addresses upon:

Nicolette Romano
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

this _____ day of October, 2005 by placing in an envelope and mailing it to the said address from Detroit Lakes, Minnesota.

Date: 10-___-05                           _John W. Parker_
                                          John W. Parker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_JOHN W. PARKER, ET AL_
Plaintiff(s)

vs

Civil Action No. _05 1070 ESH_

_GALE A. NORTON, ET AL_
Defendant(s)

### ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_Larry Morrin (formerly Acting Director)_
_c/o Terry Virden, Regional Director_
_Bureau of Indian Affairs Regional Office_
_Federal Drive, Room 550_
_Fort Snelling, MN 55111_
_(612) 713-4400_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _11/1/05_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_E/L Shuck_
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN W. PARKER, ET AL

VS.                                    C.A. No. 05 1070 ESH

GALE A. NORTON, ET AL

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: Larry Morrin, Acting Director

Defendant's address: c/o Terry Virden
Bureau of Indian Affairs Regional Office
Federal Drive, Room 550
Fort Snelling, MN 55111
(612) 713-4400

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____