UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John W. Parker, et al.
39744 400th Avenue
Waubun, MN 56589

               Plaintiffs,

Case No. 1:05CV0170
Judge Ellen Segal Huvelle
Deck Type: Pro se General Civil
Date Stamp: 09/30/05

vs.

Gale Norton, Secretary, et al.
U.S. Department of the Interior
1849 C. St. NW
Washington, D.C. 20240

               Defendants.

---

**Plaintiff Todd Bellanger's Renewed Motion for Appointment of Counsel In District of Columbia from Pro Bono Civil Panel**

Plaintiff Todd Bellanger renews his motion at this time for appointment of counsel from the Pro Bono Civil Panel based upon the following:

1. That this is an important and meritorious case involving the constitutional rights of the members of a federally recognized Indian Tribe, the Minnesota Chippewa Tribe of Minnesota.

2. Plaintiff has standing and is an enrolled member of the White Earth Band and the Minnesota Chippewa Tribe, a federally recognized tribe under the Indian Reorganization Act of 1934 with a tribal constitution approved by the Secretary of the Interior in 1964.

3. The Court has jurisdiction because of the federal questions involved and alleged and the headquarters of the Bureau of Indian Affairs is in Washington, D.C. as is the Secretary of the Interior.

4. Plaintiff is eligible for consideration for appointment from the pro bono panel because the *in forma pauperis* information and status remains the same.

5. Plaintiff agrees the MCT Constitution is the best evidence and the "Manner of Review" section remains in it. This is a continuing violation by the BIA and defendants and there is no statute of limitations issue.

6. Plaintiff has submitted documents to defendant's counsel indicating the merits of the case, and needs the procedural help of appointed counsel from Washington, D.C., as it would also be beneficial to the court under the guidelines for appointment.

Date: Oct. 20, 2005

                                                  */s/ Todd Bellanger*
                                                  Todd Bellanger
                                                  Plaintiff in forma pauperis
                                                  224 Loop
                                                  White Earth, MN 56589

U.S. District Court
District of Columbia
Case No. 105CV0170
Judge: Ellen Segal Huvelle
Deck Type: Pro se General Civil
Date Stamp: 09-3-05

## Certificate of Service

I, Todd Bellanger, certify that I served the attached Renewed Motion for Appointment of Counsel from the Civil Pro Bono Panel upon:

Nicolette Romano
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

this 20th day of October, 2005 by placing in an envelope and mailing it to the said address from Detroit Lakes, Minnesota.

Date: 10-20-05

*Todd Bellanger*
Todd Bellanger