UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John W. Parker, et al.
39744 400th Avenue
Waubun, MN 56589

                Plaintiffs,

vs.

Gale Norton, Secretary, et al.
U.S. Department of the Interior
1849 C. St. NW
Washington, D.C. 20240

                Defendants.

Case No. 1:05CV0170
Judge Ellen Segal Huvelle
Deck Type: Pro se General Civil
Date Stamp: 09/30/05

---

Plaintiff John W. Parker's Renewed Motion for Appointment of Counsel
In District of Columbia from Pro Bono Civil Panel

Plaintiff John W. Parker renews his motion at this time for appointment
of counsel from the Pro Bono Civil Panel based upon the following:

1. That this is an important and meritorious case involving the
constitutional rights of the members of a federally recognized Indian Tribe,
the Minnesota Chippewa Tribe of Minnesota.

2. Plaintiff has standing and a copy of his enrollment card as a member
of the White Earth Band and Minnesota Chippewa Tribe.

3. The Court has jurisdiction because of the federal questions involved
and alleged and the headquarters of the Bureau of Indian Affairs is in
Washington, D.C. as is the Secretary of the Interior.

4. Plaintiff is eligible for consideration for appointment from the pro bono
panel because the *in forma pauperis* information and status remains the same.

5. Plaintiff agrees the MCT Constitution is the best evidence and the "Manner
of Review" section remains in it. This is a continuing violation by the BIA and
defendants and there is no statute of limitations issue.

6. Plaintiff has submitted documents to defendant's counsel indicating the merits of the
case, and needs the procedural help of appointed counsel from Washington, D.C., as it
would also be beneficial to the court under the guidelines for appointment.

Date: Oct. 20, 2005

                                          _/s/ John W. Parker_
                                          John W. Parker
                                          39744 400th Ave.
                                          Waubun, MN 56589

U.S. District Court
District of Columbia
Case No. 105CV0170
Judge: Ellen Segal Huvelle
Deck Type: Pro se General Civil
Date Stamp: 09-3-05

## Certificate of Service

I, John W. Parker, certify that I served the attached Renewed Motion for Appointment of Counsel from the Civil Pro Bono Panel upon:

Nicolette Romano
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

this 11th day of October, 2005 by placing in an envelope and mailing it to the said address from Detroit Lakes, Minnesota.

Date: 10-11-05

_John W. Parker_
John W. Parker

