IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John William Parker, et al., | ) |
| | ) Civil Action No. 05-1070 (ESH) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Plaintiff's Memorandum of |
| | ) Points and Authorities in |
| Gale A. Norton, et al., | ) Opposition to Defendant's |
| | )   Fed. R. Civ. P. 12(c) Motion |
| Defendants. | ) |
| | ) |

-------------------------------------------

  Plaintiffs John William Parker, Todd Allen Bellanger and Melvin Manypenny submit this Memorandum of Authorities in support of their response and opposition to Defendant's Fed. R. Civ. P. 12 (c) Motion to dismiss for judgment on the pleadings.

  The motion to dismiss should be denied since the court has jurisdiction as the Bureau of Indian Affairs and Secretary of Interior is headquartered in Washington, D.C.; the court has venue, and process has been served. A claim upon which relief can be granted is made because the "Manner of Review" section of the Revised Constitution and By-laws of the Minnesota Chippewa Tribe has not been enforced or honored by the Defendants, and there is no statute of limitations grounds for dismissal as the abdication of the Defendants responsibilities is ongoing and existent even at this moment.

  Rule 12 motions can be made only on limited grounds none of which apply. A general demurrer will not suffice and the complaint is to be construed in a light most favorable to plaintiffs. The complaint alleges the transactions sued upon (imposition of federal law and a tribal constitution existing under Section 16 of the Indian Reorganization Act of 1934) and the relationship to Defendants' duties. *Conley v. Gibson,* 355 U.S. 41 (1957); *Garcia v. Hilton Hotels,* 97 F.Supp. 5 (D. Puerto Rico 1951). Moreover, an amendment to the complaint is possible if deemed necessary and the Court can grant plaintiffs leave to amend as an alternative to dismissal. Plaintiffs have renewed their motion for counsel from the pro bono civil panel.

Because of these reasons and points and authorities, the Defendants' motion should be denied, or leave to amend with a fixed time period should be granted.

Date: November 1, 2005        Respectfully submitted,

*John William Parker*
John William Parker
39744 400th Avenue
Waubun, MN 56589
(218) 734-2497

*Todd Bellanger*
Todd Allen Bellanger
224 Loop
White Earth, MN 56591
(218) 984-4172