In United States District Court
For the District of Columbia

John William Parker,
et al.,

        Plaintiffs,      Response and Opposition to
vs.                          Defendants' Rule 12 Motion   05-cv-1070 ESH

Gale A. Norton, et al.,

        Defendants

---

Plaintiffs John W. Parker, Todd A. Bellanger and Melvin Manypenny oppose to Motion for Judgment on the pleadings, on the following grounds:

1. The present tribal constitution contains "shall" language in the Manner of Review section; the Defendants have offered no proof that the section has been followed.
2. A Secretarial Election has been scheduled for Nov. 22, 2005, by the Secretary of the Interior, regarding proposed amendments to the constitution, and this proves the constitution is still under federal law and there is no statutes of limitation or jurisdiction issue (see attached notice as to upcoming election).

Therefore the Motion for Judgment on the Pleading should be dismissed.

Date: 11-5-05

John Parker
Plaintiff In Forma Pauperis
39744 400th Avenue
Waubun, MN 56589

At the request of the Minnesota Chippewa Tribe, the Bureau of Indian Affairs has authorized a Secretarial Election to permit qualified voters of the Minnesota Chippewa Tribe to adopt or reject two proposed amendments to the Minnesota Chippewa Tribal Constitution.

IN ORDER TO VOTE IN THE UPCOMING SECRETARIAL ELECTION ON THE PROPOSED AMENDMENTS TO THE CONSTITUTION <u>**YOU MUST REGISTER TO VOTE WITH THE SECRETARIAL ELECTION BOARD.**</u> The Secretarial Election will be held November 22, 2005. Tribal members who will be 18 years of age or older on November 22, 2005 are eligible to register and vote in the upcoming Secretarial Election.

Voters can either register on election day at one of the voting precincts prior to voting or they may register by completing and returning the voter registration form included in this mailing.

Voting in this election may be done either by mail or voting in person at one of the polling places. For the purpose of this Secretarial Election, all polling places will accept voters enrolled in any of the six Bands of the Minnesota Chippewa Tribe.

Please direct any questions that you may have to:

> Gene Virden, Election Board Chairman
> Bureau of Indian Affairs – Minnesota Agency
> P.O. Box 517
> Cass Lake, MN 56633
> Telephone (218) 751-2011 extension 401
> Toll Free: 888-233-9262 extension 401

Sincerely,

*[signature]*

Gene Virden
Election Board Chairman

Enclosures:
  Notice of Election
  Proposed Amendments to Constitution
  Registration Form Mailer
  Absentee Ballot Request Form
  Sample Ballot

---

**PROPOSED AMENDMENT "A"**

**ARTICLE IV – TRIBAL ELECTIONS**

Article IV - Tribal Elections shall be amended to require candidates running for office to reside on the reservation of their enrollment one year before the election. Section 2. shall be amended to read as follows:

Section 2. A candidate for Chairman, Secretary-Treasurer and Committeeman must be an enrolled member of the Tribe and reside on the reservation of his or her enrollment for one year before the date of election. No member of the Tribe shall be eligible to hold office, either as a Committeeman or Officer, until he or she has reached his or her twenty-first (21) birthday on or before the date of election.

YES, I vote for acceptance of the Amendment "A". ←

NO, I vote for rejection of the Amendment "A". ←

**PROPOSED AMENDMENT "B"**

**ARTICLE IV – TRIBAL ELECTIONS**

Article IV - Tribal Elections shall be amended by adding a Section 4 to prohibit convicted felons from running for office. Section 4 shall read as follows:

Section 4. No member of the Tribe shall be eligible to hold office, either as a Committeeman or Officer, if he or she has ever been convicted of a felony of any kind; or of a lesser crime involving theft, misappropriation, or embezzlement of money, funds, assets, or property of an Indian tribe or a tribal organization.

YES, I vote for acceptance of the Amendment "B". ←

NO, I vote for rejection of the Amendment "B". ←

**SAMPLE**

**FOR INFORMATIONAL PURPOSES ONLY**

*[signature]*
Election Board Chairman

**OFFICIAL BALLOT**
MINNESOTA CHIPPEWA TRIBE
SECRETARIAL ELECTION CONSTITUTIONAL REFERENDUM
November 22, 2005

## ** SECRETARIAL ELECTION NOTICE **
### November 22, 2005
### MINNESOTA CHIPPEWA TRIBE

At the request of the Minnesota Chippewa Tribe, the Bureau of Indian Affairs has authorized a Secretarial Election to permit qualified voters of the Minnesota Chippewa Tribe to adopt or reject the following proposed amendments to the Minnesota Chippewa Tribal Constitution.

### PROPOSED AMENDMENT "A"
### ARTICLE IV – TRIBAL ELECTIONS

Article IV – Tribal Elections shall be amended to require candidates running for office to reside on the reservation of their enrollment one year before the election. Section 2. shall be amended to read as follows:

> Section 2. A candidate for Chairman, Secretary-Treasurer and Committeeman must be an enrolled member of the Tribe and reside on the reservation of his or her enrollment **for one year before the date of election**. No member of the Tribe shall be eligible to hold office, either as a Committeeman or Officer, until he or she has reached his or her twenty-first (21) birthday on or before the date of election.

### PROPOSED AMENDMENT "B"
### ARTICLE IV – TRIBAL ELECTIONS

Article IV – Tribal Elections shall be amended by adding a Section 4 to prohibit convicted felons from running for office. Section 4 shall read as follows:

> Section 4. No member of the Tribe shall be eligible to hold office, either as a Committeeman or Officer, if he or she has ever been convicted of a felony of any kind; or of a lesser crime involving theft, misappropriation, or embezzlement of money, funds, assets, or property of an Indian tribe or a tribal organization.

VOTING IN THIS ELECTION MAY BE DONE EITHER BY MAIL OR VOTING AT ONE OF THE POLLING PLACES LISTED. FOR THE PURPOSE OF THIS SECRETARIAL ELECTION, ALL POLLING PLACES WILL ACCEPT VOTERS ENROLLED IN ANY OF THE SIX BANDS OF THE

## POLLING PLACES

Polls open: 8:00 a.m
Polls close: 7:00 p.m.

### BOIS FORTE RESERVATION
- Nett Lake Community Center
- Vermilion Center

### FOND DU LAC RESERVATION
- Fond du Lac Tribal Center - ENP Dining Hall
- Sawyer Community Center
- Brookson Community Center

### GRAND PORTAGE RESERVATION
- Grand Portage Community Building

### LEECH LAKE RESERVATION
- Inger – Community Center
- Ball Club – Community Center
- Squaw Lake – Community Center
- Bena – Community Center
- Sugar Point – Community Center
- Smokey Lake – Kego Lake Community Center
- Cass Lake – R.B.C. Admin. Bldg.
- Mission – Community Center
- Onigum – Community Center
- Cass River – Pennington Community Center
- Oak Point – Oak Point Community Center

### WHITE EARTH RESERVATION
- Pine Bend – Church Hall
- Beaulieu – Lenore Moran Residence
- Bejou – Fire Hall
- Rice Lake – Community Center
- Mahnomen – Old Library
- Callaway – City Hall
- Naytahwaush – Community Center
- Elbow Lake – Community Center
- Waubun – Community Center
- Pine Point – School
- White Earth – Fire Hall
- Ogema – Fire Hall

### MILLE LACS RESERVATION
- Mille Lacs Community Center
- East Lake Community Center



# United States Department of the Interior
Bureau of Indian Affairs

## VOTER REGISTRATION FORM
Secretarial Election   November 22, 2005


35964

LEONARD PETER ROY
PO BOX 61
RICHWOOD MN 56577-0061

T84  P1  RN: 156

PRINT NAME: _____
            (First)                    (Maiden Name)                    (Last)

**ONLY COMPLETE IF BALLOT MAILING ADDRESS IS DIFFERENT THAN ABOVE**

ADDRESS: _____
   City: _____
  State: _____  Zip: _____

If you would like to vote by Absentee ballot in this Secretarial Election, please fill out and return the form below.

I certify that I am a member of the Minnesota Chippewa Tribe and that I am at least 18 years of age or will be at least 1 years of age on November 22, 2005.

SIGNATURE: _____

DATE OF BIRTH: _____ / _____ / _____
                Month    Day    Year

❏ **PLEASE SEND ME AN ABSENTEE BALLOT.**

Treasurer and Committeeman must be an enrolled member of the Tribe and reside on the reservation of his or her enrollment **for one year before the date of election.** No member of the Tribe shall be eligible to hold office, either as a Committeeman or Officer, until he or she has reached his or her twenty-first (21) birthday on or before the date of election.

# PROPOSED AMENDMENT "B"
## ARTICLE IV – TRIBAL ELECTIONS

Article IV - Tribal Elections shall be amended by adding a Section 4 to prohibit convicted felons from running for office. Section 4 shall read as follows:

Section 4. No member of the Tribe shall be eligible to hold office, either as a Committeeman or Officer, if he or she has ever been convicted of a felony of any kind; or of a lesser crime involving theft, misappropriation, or embezzlement of money, funds, assets, or property of an Indian tribe or a tribal organization.

VOTING IN THIS ELECTION MAY BE DONE EITHER BY MAIL OR VOTING AT ONE OF THE POLLING PLACES LISTED. FOR THE PURPOSE OF THIS SECRETARIAL ELECTION, ALL POLLING PLACES WILL ACCEPT VOTERS ENROLLED IN ANY OF THE SIX BANDS OF THE MCT.

*Gene N Virden* (signature)

Gene Virden, Election Board Chairman
Bureau of Indian Affairs, Minnesota Agency
PO Box 517
Cass Lake, MN 56633  (218) 335-8581

| Polling Places |
|---|
| Ball Club – Community Center |
| Squaw Lake – Community Center |
| Bena – Community Center |
| Sugar Point – Community Center |
| Smokey Lake – Kego Lake Community Center |
| Cass Lake – R.B.C. Admin. Bldg. |
| Mission – Community Center |
| Onigum – Community Center |
| Cass River – Pennington Community Center |
| Oak Point – Oak Point Community Center |
| **WHITE EARTH RESERVATION** |
| Pine Bend – Church Hall |
| Beaulieu – Lenore Moran Residence |
| Bejou – Fire Hall |
| Rice Lake – Community Center |
| Mahnomen – Old Library |
| Callaway – City Hall |
| Naytahwaush – Community Center |
| Elbow Lake – Community Center |
| Waubun – Community Center |
| Pine Point – School |
| White Earth – Fire Hall |
| Ogema – Fire Hall |
| **MILLE LACS RESERVATION** |
| Mille Lacs Community Center |
| East Lake Community Center |
| Isle – Chiminising Center |
| Lake Lena Community Center |
| **URBAN** |
| FDL Care Center<br>211 West 4th Street<br>Duluth MN 55811 |
| MINNEAPOLIS AMERICAN INDIAN CENTER<br>1530 E. Franklin<br>Minneapolis, MN |

In United States District Court
For the District of Columbia

John William Parker,
et al.,

        Plaintiffs,      Certificate of Service

vs.

Gale A. Norton, et al.,

        Defendants

---

Plaintiffs John Parker and Todd Bellanger certify that on the 5th day of November, 2005, they served the attached:

1. Opposition and Response to Defendants' Fed. R. Civ. P. 12 Motion
2. Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Fed.R.Civ.P. 12 Motion.
3. Certificate of Service

upon:    Nicolette Romano
           General Litigation Section
           Environment and Natural Resources Division
           U.S. Department of Justice
           P.O. Box 663
           Washington, D.C. 20044-0663

By placing in the United States Postal Service mail in Detroit Lakes, Minnesota in an envelope addressed to the above.

Date: Nov. 5, 2005                        _____
                                                          Melvin Manypenny

In United States District Court
For the District of Columbia

John William Parker,
et al.,

        Plaintiffs,       Certificate of Service

vs.

Gale A. Norton, et al.,

        Defendants

---

Plaintiffs John Parker and Todd Bellanger certify that on the 5th day of November, 2005, they served the attached:

1. Opposition and Response to Defendants' Fed. R. Civ. P. 12 Motion
2. Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Fed.R.Civ.P. 12 Motion.
3. Certificate of Service

upon:    Nicolette Romano
           General Litigation Section
           Environment and Natural Resources Division
           U.S. Department of Justice
           P.O. Box 663
           Washington, D.C. 20044-0663

By placing in the United States Postal Service mail in Detroit Lakes, Minnesota in an envelope addressed to the above.

Date: Nov. 5, 2005

                                          _John W. Parker_ (signature)
                                          John William Parker
                                          Plaintiff Pro Se and In Forma Pauperis


                                          _____
                                          Todd Bellanger
                                          Plaintiff Pro Se and In Forma Pauperis