UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN WILLIAM PARKER,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 05-1070 (ESH) |
| | ) |
| **GALE A. NORTON,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion for judgment on the pleadings [# 16] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants and this case is **DISMISSED**. This is a final appealable Order.

                                                   s/
                               ELLEN SEGAL HUVELLE
                               United States District Judge

Date:  November 16, 2005